UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HARRY PAMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPT.<br>OF CORRECTIONS; et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 04-3252 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Defendants have filed an <u>ex parte</u> request for a seventy-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Sara Ugaz, the court GRANTS the request. (Docket # 36.)

　　1.　Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **June 1, 2007**. If defendants are of the opinion that this case cannot be resolved by summary judgment, they must so inform the court prior to the date the motion is due.

　　2.　Plaintiff must file and serve on defense counsel his opposition to the summary judgment or other dispositive motion no later than **July 6, 2007**.

　　3.　Defendants must file and serve their reply brief, if any, no later than **July 27, 2007**.

　　IT IS SO ORDERED.

Dated: April 3, 2007

　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge