LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant, Dr. David Clark, M.D.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE HARRY PAMER, | ) | CASE NO. C 04-3252 SI (pr) |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEYS** |
| vs. | ) | |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

Defendant, Dr. David Clark, M.D., hereby substitutes Van Longyear and Jennifer Marquez of the law firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of Sara Ugaz, Deputy Attorney General and the Attorney General's Office.

I agree to the above substitution.

Dated: April 15, 2007

DAVID CLARK, M.D.

///

///

///

1    I agree to the above substitution.

2

     Dated: April 12, 2007                    DEPUTY ATTORNEY GENERAL
3                                             OFFICE OF THE ATTORNEY GENERAL

4
                                             By: _____
5                                                SARA UGAZ
                                                 Deputy Attorney General
6

7    I accept the above substitution.

8

9    Dated: April 25, 2007                    LONGYEAR, O'DEA & LAVRA, LLP

10
                                             By: _____
11                                               VAN LONGYEAR

12
     Dated: April 20, 2007                    LONGYEAR, O'DEA & LAVRA, LLP
13

14                                           By: _____
                                                 JENNIFER MARQUEZ
15

16
         IT IS SO ORDERED.
17

18
     Dated: April _____, 2007                 _____
19                                            JUDGE OF THE U.S. DISTRICT COURT

20

21

22

23   I:\Pamer v. CDC\Sub of Atty.wpd

24

25

26

27

28

1   *Pamer v. CDC, et al.*
2   U.S. District Court, Northern District Case Number C 04-3252 SI (pr)

3                              **PROOF OF SERVICE**

4   I am a citizen of the United States and a resident of the County of Sacramento.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 3620 American River Drive, Suite 230, Sacramento, California 95864.
5

6   I am familiar with this company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a United States mailbox in the City of Sacramento, California, after the close of the day's business.
7

8   On the following date, I caused to be served: **SUBSTITUTION OF ATTORNEYS**

9     X  on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail, as follows:

10  **Plaintiff, In Pro Per:**
    Lawrence Harry Pamer, #K-06327
11  High Desert State Prison
    P.O. Box 3030
12  Susanville, CA 96127-3030

13

14    X  on the parties in this action by Electronic Filing (ECF) to the attorneys of record in the above action, as follows:

15  **Attorneys for Co-Defendants, Martinez, Lewis, Lara,**
    **Lustman, Harway, Malek, Wittenberg, and Jiminez:**
16  Sara Ugaz
    Attorney General's Office
17  Correctional Law Section
    455 Golden Gate Avenue, Suite 11000
18  San Francisco, CA 94102

19  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 30, 2007, at Sacramento, California.
20

21                                                    CHERYL GORI
22

23

24

25

26

27

28