LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant, Dr. David Clark, M.D.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HARRY PAMER, | CASE NO. C 04-3252 SI (pr) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE DISPOSITIVE MOTIONS** |
| vs. | |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | |
| Defendants. | |

IT IS STIPULATED between the Plaintiff, Lawrence Harry Pamer, Defendants, A. Lucine, J. Wittenberg, and M. Jimenez, by and through their attorney of record, Sara Ugaz of the Office of the Attorney General, and Defendant, Dr. David Clark, M.D., by and through his attorney of record, Jennifer Marquez of the law firm of Longyear, O'Dea & Lavra, LLP, that the deadline to file and serve motions for summary judgment or other dispositive motions be continued from **June 1, 2007** until **August 1, 2007**.

On April 3, 2007, the court ordered that defendants must file and serve their motion for summary judgment no later than June 1, 2007.

On May 1, 2007, defendant, Dr. David Clark, M.D.'s request for substitution of attorney was granted and ordered.

On May 8, 2007, the deposition of the plaintiff was taken by the defendants.

An extension of time for an additional 60 days is requested in order to allow counsel for

---
Stipulation and [Proposed] Order to Extend the Time to File Dispositive Motions
Page 1

1  defendant, Dr. David Clark, M.D. an opportunity to conduct further discovery and prepare a
2  summary judgment motion.
3  IT IS SO STIPULATED:
4
5  Dated: May 17, 2007          By: /s/ Lawrence Harry Pamer
                                    LAWRENCE HARRY PAMER
6                                   Plaintiff, In Pro Per
7
8  Dated: May ___, 2007         OFFICE OF THE ATTORNEY GENERAL
9
                                By: _____
10                                  SARA UGAZ
                                    Deputy Attorney General
11                                  Attorneys for Defendants,
                                    A. Lucine, J. Wittenberg, and M. Jimenez
12
13 Dated: May 17, 2007          LONGYEAR, O'DEA & LAVRA, LLP
14
                                By: /s/ Jennifer Marquez
15                                  JENNIFER MARQUEZ
                                    Attorneys for Defendant,
16                                  Dr. David Clark, M.D.
17
   PURSUANT TO STIPULATION, IT IS SO ORDERED
18
19 Dated: May ___, 2007          /s/ Susan Illston
                                 JUDGE OF THE U. S. DISTRICT COURT
20
21
22
23 I:\Pamer v. CDC\Pleadings\StipReMtn.wpd
24
25
26
27
28

Stipulation and [Proposed] Order to Extend the Time to File Dispositive Motions
Page 2

1  defendant, Dr. David Clark, M.D. an opportunity to conduct further discovery and prepare a
2  summary judgment motion.
3  IT IS SO STIPULATED:
4
5  Dated: May ___, 2007            By:_____
6                                  LAWRENCE HARRY PAMER
                                   Plaintiff, In Pro Per
7
8  Dated: May 16, 2007             OFFICE OF THE ATTORNEY GENERAL
9                                  By:_____
10                                 SARA UGAZ
11                                 Deputy Attorney General
                                   Attorneys for Defendants,
12                                 A. Lucine, J. Wittenberg, and M. Jimenez
13 Dated: May ___, 2007             LONGYEAR, O'DEA & LAVRA, LLP
14
15                                  By:_____
                                    JENNIFER MARQUEZ
16                                  Attorneys for Defendant,
                                    Dr. David Clark, M.D.
17
   PURSUANT TO STIPULATION, IT IS SO ORDERED
18
19 Dated: May ___, 2007
20                                  _____
                                    JUDGE OF THE U. S. DISTRICT COURT
21
22
23 I:\Pamer v. CDC\Pleadings\StipReMtn.wpd
24
25
26
27
28

*Pamer v. CDC, et al.*
U.S. District Court, Northern District Case Number C 04-3252 SI (pr)

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen (18) and not a party to the within action. My business address is 3620 American River Drive, Suite 230, Sacramento, California 95864.

I am familiar with this company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a United States mailbox in the City of Sacramento, California, after the close of the day's business.

On the following date, I caused to be served: **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE DISPOSITIVE MOTIONS**

__X__ on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail, as follows:

**Plaintiff, In Pro Per:**
Lawrence Harry Pamer, #K-06327
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

__X__ on the parties in this action by Electronic Filing (ECF) to the attorneys of record in the above action, as follows:

**Attorneys for Co-Defendants, Martinez, Lewis, Lara, Lustman, Harway, Malek, Wittenberg, and Jiminez:**
Sara Ugaz
Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 17, 2007, at Sacramento, California.

C. GORI