LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant, Dr. David Clark, M.D.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HARRY PAMER,<br><br>  Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>  Defendants. | CASE NO. C 04-3252 SI (pr)<br><br>**STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT** |

On or about May 29, 2007, plaintiff filed a "Notice of Motion and Motion for Leave to File Amended and Supplemental Complaint." As to defendant David Clark, M.D.(hereinafter "Dr. Clark."), plaintiff seeks to amend his complaint to change Dr. Clark's job title from Chief Medical Officer (CMO) or acting CMO to Chief Physician and Surgeon. Through the course of discovery, plaintiff realized he had mislabeled Dr. Clark's job title.

Defendant Dr. Clark does not concede that he was the Chief Physician and Surgeon. However, since the proposed change does not materially alter plaintiff's cause of action against Dr. Clark and in order to save the Court time from further review of plaintiff's motion as to Dr. Clark, Dr. Clark and plaintiff Pamer stipulate as follows:

IT IS STIPULATED between the Plaintiff, Lawrence Harry Pamer and Defendant, Dr. David Clark, M.D., by and through his attorney of record, Jennifer Marquez of the law firm of Longyear, O'Dea & Lavra, LLP, that the plaintiff may amend his complaint for the sole purpose

of changing defendant, David Clark, M.D.'s job title from Chief Medical Officer (CMO) or acting CMO to Chief Physician and Surgeon. Thus, whenever the terms Chief Medical Officer (CMO) or acting CMO appear (only referring to Dr. Clark) the complaint should be read to reflect Chief Physician and Surgeon.

IT IS SO STIPULATED:

Dated: June 11, 2007     By: _____
                              LAWRENCE HARRY PAMER
                              Plaintiff, In Pro Per

Dated: June 11, 2007     LONGYEAR, O'DEA & LAVRA, LLP

                         By: _____
                              VAN LONGYEAR
                              JENNIFER MARQUEZ
                              Attorneys for Defendant,
                              Dr. David Clark, M.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 15, 2007     _____
                         JUDGE OF THE U.S. DISTRICT COURT



L:\Pamer v. CDC\Pleadings\StipReAmdCO.w

Stipulation and [Proposed] Order to Extend the Time to File Dispositive Motions
Page 2