UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HARRY PAMER, | No. C 04-3252 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPT.<br>OF CORRECTIONS; et al., | |
| Defendants. | |

Judgment is entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 21, 2007

_____
SUSAN ILLSTON
United States District Judge