UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE HARRY PAMER, | No. C 04-3252 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS; et al., | |
| Defendants. | |

After the court entered judgment in this action, plaintiff filed a "motion to verify copies of documents served on defendant's counsel." The text of the motion does not make clear what relief plaintiff wanted from the court, but he may be requesting the court to reconsider its denial of several of plaintiff's motions in the Order Granting Summary Judgment Motions, pp. 18-19. The motion is DENIED. (Docket # 71.) As the proofs of service attached to the current motion show, plaintiff did not serve defense counsel until after judgment had been entered and the court had ruled on his motions. The belated service of the motions after the court had ruled on them was inadequate service. Further, reconsideration would not change the outcome for plaintiff because the court denied plaintiff's motions for several independent reasons in addition to his failure to serve defense counsel.

IT IS SO ORDERED.

Dated: May 7, 2008

_____
SUSAN ILLSTON
United States District Judge